### 12570.  RICHARDSON *v.* THE STATE.

BROYLES, C. J.  The conviction was unauthorized by the evidence, and the court erred in overruling the motion for a new trial.
*Judgment reversed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 26, 1921.

Indictment for simple larceny; from Cobb superior court — Judge Blair.  May 7, 1921.

According to the testimony, Mr. Black gave his wife money from time to time, which she kept in a little sack that she pinned to the shirt she wore. The last time she saw the money, as she recollected, was on Sunday morning, when she put into the sack what money was then given to her, tied it up, and pinned it to the shirt she was wearing. She slept in this shirt with the money

pinned on it. She pulled off the shirt on Monday morning between 7 and 8 o'clock, when her laundress (the accused, who for several years had done her washing) came for the clothes, and did not see the money then. She threw the shirt in with the other clothes, tied them up, and they were taken away by the accused. She did not notice that the money was gone until later on Monday, or ('as the testimony in one place indicates) on the next day, Tuesday morning. Then Mr. Black went to the house of the accused, and asked her about it. She said she had not seen it, did not have it, and knew nothing about it. The clothes had then been washed, and were hanging on the line. " She showed me [Black] where she said she hung it on the line, but it was gone. She said somebody had stolen it." The premises were searched, but the money was not found. The father, mother, and brother of Mr. Black lived in the house with him and his wife. No testimony was offered by the accused. According to her statement, she was a woman over seventy years old, and was innocent of the charge.

*H. B. Moss, Mozley & Gann,* for plaintiff in error.

*John S. Wood, solicitor-general, Lindley W. Camp,* contra.